470 A.2d 1035

Commonwealth v. Wormsley, Appellant.

Submitted October 14, 1983. Paul R. Gettleman, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Order affirmed.